JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL DIAZ GOMEZ, an individual;<br>Plaintiff,<br>v.<br>CITY OF SAN BERNARDINO; HECTOR VITTORIO; MICHAEL YUEN; and DOES 1 through 10, inclusive,<br>Defendants. | CASE NO: 5:26-cv-02882-KK-SP<br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br>(FRCP Rule 41(a)(1))<br>The Honorable Percy Anderson |

**TO THE CLERK OF THE COURT, ALL PARTIES AND TO THEIR COUNSELS OF RECORD HEREIN: PLEASE TAKE NOTICE** that based on the Stipulation of the Parties, by and through their respective counsel of record herein, and Federal Rules of Civil Procedure, Rule 41(a)(1), that the above-entitled action is dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: October 20, 2026

Percy Anderson
United States District Judge